IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03163-LTB

JAIME RODRIGUEZ,

    Plaintiff,

v.

JUDGEMENT [sic] DEFENDANTS COLORADO, and
USA PLANET ERATH [sic],

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 15, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 15 day of January, 2013.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/ S. Grimm
                         Deputy Clerk